UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Kathy I. Williams, )
)
    Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
  v. )
) **CASE NO. 7:14-CV-150-BO**
Carolyn W. Colvin, )
Acting Commissioner of Social Security, )
)
    Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs motion for judgment on the pleadings is **GRANTED**, defendant's motion for judgment on the pleadings is denied, and the matter is **REMANDED** to the Commissioner for further proceedings consistent with this decision.

**This Judgment Filed and Entered on June 2, 2015, and Copies To:**

Jonathan P. Miller     (via CM/ECF Notice of Electronic Filing)
David M. Mansfield     (via CM/ECF Notice of Electronic Filing)

DATE:     JULIE RICHARDS JOHNSTON, CLERK
June 2, 2015

    (By) /s/ Linda Downing
    Deputy Clerk